IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
JUL 15 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:14CR095 |
| v. | |
| STEVEN HAMMOND, JR., | Theft from a Program Receiving Federal Funds (Count One) |
| *Defendant.* | Forfeiture Count |

## CRIMINAL INFORMATION

### COUNT ONE
(Theft from a Program Receiving Federal Funds)

On or about from 2009 through December 2013, the exact dates being unknown, in the Eastern District of Virginia, the defendant, STEVEN HAMMOND, JR., being an agent of the Virginia Department of Alcoholic Beverage Control, a Virginia governmental department receiving benefits in excess of $10,000 yearly beginning 2009 through 2013 in grants provided by the United States Office of Juvenile Justice and Delinquency Prevention, did embezzle, steal, or obtain by fraud $5,000 or more owned by or under the control of the Virginia Department of Alcoholic Beverage Control.

(In violation of 18 U.S.C. § 666(a)(1)(A)).

## **FORFEITURE ALLEGATION**

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is notified that, if convicted of the offenses alleged in Count One he shall forfeit to the United States his interest in any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violations, including any assets that may be directly forfeitable as proceeds or subject to forfeiture as a substitute asset.

(In accordance with Title 18, United States Code, Section 982(a)(2), and Title 18, United States Code, Section 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c)).

DANA A. BOENTE
UNITED STATES ATTORNEY

By: _____
Michael A. Jagels
Special Assistant United States Attorney