AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
|  | ) Case No. 3:14cr095 |
|  | ) |
| STEVEN HAMMOND, JR. | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | United States District Court<br>701 East Broad Street<br>Richmond, Virginia 23219<br>***Bond Hrg.-2:45 Courtroom 5400; Plea-3:00 Courtroom 6000*** | Courtroom No.: 6000-Judge Gibney Plea |
|---|---|---|
|  |  | Date and Time: 07/28/2014 3:00 pm |

This offense is briefly described as follows:

*** SEE ATTACHED CRIMINAL INFORMATION ***

Date: 07/17/2014

_____
*Issuing officer's signature*

C. McCracken, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*