**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**CASE NO. 3:14CR95**

**STEVEN HAMMOND, JR.**



**WAIVER OF INDICTMENT**

I, Steven Hammond, Jr., the above named defendant, who is accused of a violation of

Title 18:666(a)(1)(A), being advised of the nature of the charge(s), the proposed

Information, and of my rights, hereby waive in open court on July 28, 2014 prosecution by

Indictment and consent that the proceeding may be by Information rather than Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
/s/
John A. Gibney, Jr.
United States District Judge